# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2012

145689 & (11)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

PHILLIP J. POWELL JR.,
        Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 145689
COA: 310285
Macomb CC: 2001-000827-FC

_____/

On order of the Court, the application for leave to appeal the June 21, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012

Clerk

h1113